# Schedule A

| No. | Defendant Name / Alias |
|-----|------------------------|
| 1 | aristor |
| 2 | bxsj-37 |
| 3 | opphymd |
| 4 | romayu-us |
| 5 | shengxin001 |
| 6 | smartspeed2 |
| 7 | Foshanshichanchengquhanchenhaibaihuoshanghang |
| 8 | Haikouzeyongshundianzishangwuyouxiangongsi |
| 9 | Lingshui Yan Yurong E-commerce |
| 10 | JunLingtongyu |
| 11 | lixiaowenshop |
| 12 | shangjialili |
| 13 | sunqing888 |
| 14 | Sunshine Style Store |
| 15 | Wanxi store |
| 16 | yongjishishaobingwangluokejiyouxiangongsi |
| 17 | Zhang Zikang |
| 18 | 2011millierose |
| 19 | alb-1732 |
| 20 | alexandmihailo0 |
| 21 | amar.shop_2 |
| 22 | antkart |
| 23 | azawniri |
| 24 | babybumpclothing |
| 25 | bainiao_5292 |
| 26 | basara15-japan |
| 27 | blakescreates22 |
| 28 | bobo_banita |
| 29 | carolpowley1 |
| 30 | caseology1 |
| 31 | characteruk |
| 32 | chavi_16 |
| 33 | cottoncandythreads |
| 34 | dh-design |
| 35 | e-fairs |
| 36 | elegantsigns |
| 37 | enchanted-craft-cave |
| 38 | extravagance |
| 39 | fadzlanbin_0 |
| 40 | fashionartrug |
| 41 | franobaby-53 |
| 42 | golden-cart |
| 43 | hawari_store |

# Schedule A

| | |
|---|---|
| 44 | idealheaven |
| 45 | kingofthediy |
| 46 | levnemt-5 |
| 47 | lkbrene-0 |
| 48 | loveable-home-products |
| 49 | lovekenilworth80 |
| 50 | lubiofashion-mall |
| 51 | madeokoltd |
| 52 | madind-37 |
| 53 | mahistore_9 |
| 54 | maibwl19 |
| 55 | mammyandme |
| 56 | megaaro |
| 57 | nidper28 |
| 58 | nishsh-8 |
| 59 | partyshop4u |
| 60 | rasukichi0826 |
| 61 | rc_apprel |
| 62 | robust.case |
| 63 | ruann9 |
| 64 | sathyafashion2018 |
| 65 | senanayakamyudamjay-0 |
| 66 | shiba.store |
| 67 | sunilgc |
| 68 | sweetlady777 |
| 69 | sxk615964538 |
| 70 | the_white_rabbit_uk |
| 71 | theretaillounge |
| 72 | tokyoespressostudio |
| 73 | tunafish21273 |
| 74 | universe.cj |
| 75 | vivanco0 |
| 76 | wellca4top |
| 77 | wintergreenchild |
| 78 | xuanparts |
| 79 | xudong88 |
| 80 | yomotech2 |
| 81 | ythh_fashion7 |
| 82 | yume_4940 |
| 83 | yuna_japan_store |
| 84 | zh_232 |
| 85 | ziriabe-store |
| 86 | Enstatie E-commerce (Haikou) |
| 87 | Ammmy |

# Schedule A

| | |
|---|---|
| 88 | Apple0915 |
| 89 | Atvscay |
| 90 | BAIJINBO |
| 91 | Beautiful |
| 92 | buguangshangmao |
| 93 | BY Sellers, LLC |
| 94 | ChaiSangQuXiangYunFeiBaiHuoDian |
| 95 | ChaoV Direct |
| 96 | DGS608 |
| 97 | Dongguan Dalang Huihu Business Studio (sole proprietorship) |
| 98 | DuChangXianHuiYingBaiHuoDian |
| 99 | Eden_FS |
| 100 | faaztzoerd3ew3w32 |
| 101 | fujinaxingtaihaoyangshi |
| 102 | gjhzz |
| 103 | GongJiTaShangMao |
| 104 | guangzhoubingganshangmaoyouxiangongsi |
| 105 | guangzhoujianqinshangmao |
| 106 | He-Yue Toys |
| 107 | hechunyue |
| 108 | Hefei Wengteng Trading Co., Ltd. |
| 109 | hefeikeyouwushangmaoyouxiangongsi |
| 110 | hejinshilizhiyunshangmaojingyingbu |
| 111 | HERBLYZHAO |
| 112 | HLDBHSH |
| 113 | hongshishangmao |
| 114 | Huddersfield |
| 115 | IN MUBEA |
| 116 | Izzy's Good Stuff |
| 117 | jbkiugiugiug |
| 118 | jiajialiuliu8899 |
| 119 | Jiangjies |
| 120 | Jinzhong City Taigu District Yaotai Trading Co., Ltd. |
| 121 | JRB. |
| 122 | Kangwenliang |
| 123 | KinyMelly |
| 124 | Kryghon |
| 125 | kunmingfujiongshangmaoyouxiangongsi |
| 126 | kunmingguankanshangmaoyouxiangongsi |
| 127 | kunminglijiahengshangmao |
| 128 | lixiaoshandedianpu |
| 129 | Lya040017XmaiF |
| 130 | lylya |
| 131 | Mammykiss-US |

# Schedule A

| | |
|---|---|
| 132 | Maple leaf toy |
| 133 | Mara beer |
| 134 | minjiashanghang |
| 135 | MLlksk |
| 136 | nankeawenjujingpingmenshibu |
| 137 | Naye 1 |
| 138 | OMG ALL STORE |
| 139 | PENGpu |
| 140 | PopOfPeepers0328 |
| 141 | PRIME CYBER SHOP |
| 142 | pu tian shi bo ya ni mao yi you xian gong si |
| 143 | qidiandianzishangwuyouxiangongsi |
| 144 | qingyueleshangmao |
| 145 | Quirky Corner Finds |
| 146 | Random and BEYOND |
| 147 | RCQP |
| 148 | REDLEGAO |
| 149 | rizhaojieyue |
| 150 | shopcorp. |
| 151 | smmjkjjk |
| 152 | Star With |
| 153 | SuiZhouShiZengDuQuHuiMouXiMaoYiShangHang |
| 154 | SXYrang8046682 |
| 155 | TengWeiTuoShangMao |
| 156 | tengyasxin |
| 157 | Tenley Custom Store |
| 158 | Think Green Fun |
| 159 | UPWIN |
| 160 | wanzaixianmengchenbaihuodian78 |
| 161 | Waysle InShop |
| 162 | wenchanglichongyiwangluokejiyouxiangongsi |
| 163 | Wjing21007XZsiY |
| 164 | wuhauqulipiaofuzhuangdian |
| 165 | XBBIAODAIDIAN |
| 166 | Xluwind |
| 167 | YanFuDianZiShangWu |
| 168 | YCUIC |
| 169 | yichangshiwujiagangquxingleifuzhuangdian |
| 170 | ymxsunjiguo |
| 171 | Youtooz Collectibles |
| 172 | YUELE |
| 173 | yuzhoushizhiyimaoyiyouxiangongsi |
| 174 | zduiui |
| 175 | zhangbodedian |

# Schedule A

| No | Defendants Online Marketplace |
|---|---|
| 1 | https://www.ebay.com/str/aristorst |
| 2 | https://www.ebay.com/usr/bxsj-37 |
| 3 | https://www.ebay.com/usr/opphymd |
| 4 | https://www.ebay.com/usr/romayu-us |
| 5 | https://www.ebay.com/usr/shengxin001 |
| 6 | https://www.ebay.com/usr/smartspeed2 |
| 7 | https://www.fruugo.us/foshanshichanchengquhanchenhaibaihuoshanghang/m-20260 |
| 8 | https://www.fruugo.us/haikouzeyongshundianzishangwuyouxiangongsi/m-20261 |
| 9 | https://www.fruugo.us/lingshui-yan-yurong-e-commerce/m-20305 |
| 10 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1JJ99SGCCFDHG&asin=B0CKMCJLDN&ref_=dp_merchant_link |
| 11 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2VKFN6E8D2I86&asin=B0CG3CVGHW&ref_=dp_merchant_link |
| 12 | https://www.amazon.com/sp?ie=UTF8&seller=A1EZBBR39UVTZF&asin=B0CQ7TYCZ9&ref_=dp_merchant_link |
| 13 | https://www.amazon.com/sp?ie=UTF8&seller=A3RTE712LNGRCW&asin=B0CMTP4VY4&ref_=dp_merchant_link |
| 14 | https://www.amazon.com/sp?ie=UTF8&seller=A2VCEYGZ9NUTFT&asin=B0CG3D4BMC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 15 | https://www.amazon.com/sp?ie=UTF8&seller=A10BTOSH3LZDGI&asin=B0CMT3BL34&ref_=dp_merchant_link |
| 16 | https://www.amazon.com/sp?ie=UTF8&seller=A10BYSAOPSGD0W&asin=B0CKMCJLDN&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 17 | https://www.amazon.com/sp?ie=UTF8&seller=A3KO748ZFCZSRP&asin=B0CMNL3HN7&ref_=dp_merchant_link |
| 18 | https://www.ebay.com/usr/2011millierose |
| 19 | https://www.ebay.com/str/alb1732 |
| 20 | https://www.ebay.com/str/alicepartyshop |
| 21 | https://www.ebay.com/usr/amar.shop_2 |
| 22 | https://www.ebay.com/str/antkart |
| 23 | https://www.ebay.com/str/azawniri |
| 24 | https://www.ebay.com/str/babybunnyclothing |
| 25 | https://www.ebay.com/str/bainiao5292 |
| 26 | https://www.ebay.com/str/basara15japan |
| 27 | https://www.ebay.com/usr/blakescreates22 |
| 28 | https://www.ebay.com/str/bobobanita |
| 29 | https://www.ebay.com/usr/carolpowley1 |

# Schedule A

| | |
|---|---|
| 30 | https://www.ebay.com/usr/caseology1 |
| 31 | https://www.ebay.com/str/characteruk |
| 32 | https://www.ebay.com/str/chavi16toysgarage |
| 33 | https://www.ebay.com/str/cottoncandythreads |
| 34 | https://www.ebay.com/str/dhdesign |
| 35 | https://www.ebay.com/usr/e-fairs |
| 36 | https://www.ebay.com/str/elegantsigns |
| 37 | https://www.ebay.com/str/enchantedcraftcave |
| 38 | https://www.ebay.com/str/extravagancesboudoir |
| 39 | https://www.ebay.com/usr/fadzlanbin_0 |
| 40 | https://www.ebay.com/usr/fashionartrug |
| 41 | https://www.ebay.com/usr/franobaby-53 |
| 42 | https://www.ebay.com/str/goldencartstore |
| 43 | https://www.ebay.com/str/hawari |
| 44 | https://www.ebay.com/str/idealheaven |
| 45 | https://www.ebay.com/usr/kingofthediy |
| 46 | https://www.ebay.com/usr/levnemt-5 |
| 47 | https://www.ebay.com/usr/lkbrene-0 |
| 48 | https://www.ebay.com/str/loveablehome |
| 49 | https://www.ebay.com/usr/lovekenilworth80 |
| 50 | https://www.ebay.com/str/lubiofashion |
| 51 | https://www.ebay.com/usr/madeokoltd |
| 52 | https://www.ebay.com/str/achuonewen |
| 53 | https://www.ebay.com/usr/mahistore_9 |
| 54 | https://www.ebay.com/usr/maibwl19 |
| 55 | https://www.ebay.com/usr/mammyandme |
| 56 | https://www.ebay.com/str/megaaro |
| 57 | https://www.ebay.com/usr/nidper28 |
| 58 | https://www.ebay.com/str/mangoos |
| 59 | https://www.ebay.com/usr/partyshop4u |
| 60 | https://www.ebay.com/str/rasukichi0826 |
| 61 | https://www.ebay.com/str/rcapparel |
| 62 | https://www.ebay.com/str/flyinggreetingcards |
| 63 | https://www.ebay.com/usr/ruann9 |
| 64 | https://www.ebay.com/str/sathyafashion2018 |
| 65 | https://www.ebay.com/str/tracystudio |
| 66 | https://www.ebay.com/usr/shiba.store |
| 67 | https://www.ebay.com/str/uglytee |
| 68 | https://www.ebay.com/usr/sweetlady777 |
| 69 | https://www.ebay.com/str/sxk615964538 |
| 70 | https://www.ebay.com/usr/the_white_rabbit_uk |
| 71 | https://www.ebay.com/str/theretaillounge |
| 72 | https://www.ebay.com/str/nihonnoeby |
| 73 | https://www.ebay.com/usr/tunafish21273 |

# Schedule A

| | |
|---|---|
| 74 | https://www.ebay.com/str/universecj |
| 75 | https://www.ebay.com/usr/vivanco0 |
| 76 | https://www.ebay.com/str/wellca4top |
| 77 | https://www.ebay.com/usr/wintergreenchild |
| 78 | https://www.ebay.com/str/xuanparts |
| 79 | https://www.ebay.com/usr/xudong88 |
| 80 | https://www.ebay.com/usr/yomotech2 |
| 81 | https://www.ebay.com/str/ythhfashion |
| 82 | https://www.ebay.com/str/yume4940 |
| 83 | https://www.ebay.com/str/yunamiriashop |
| 84 | https://www.ebay.com/str/swmall |
| 85 | https://www.ebay.com/usr/ziriabe-store |
| 86 | https://www.fruugo.us/enstatie-e-commerce-haikou/m-20262 |
| 87 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1T98L5E5A0SRY&asin=B09G3CK7NY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 88 | https://www.amazon.com/sp?ie=UTF8&seller=A23G32A80DPMHW&asin=B0BJBSFVYS&ref_=dp_merchant_link |
| 89 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3VIMZ1CK6IV4O&asin=B09JC7BRM2&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 90 | https://www.amazon.com/sp?ie=UTF8&seller=A1UIOO81RZ5AE&asin=B0CMZFVRRM&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 91 | https://www.amazon.com/sp?ie=UTF8&seller=AI6RLXGT0FZ8E&asin=B0CKHT795P&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 92 | https://www.amazon.com/sp?ie=UTF8&seller=AJGNMEGNV96WX&asin=B0CMW7LH8R&ref_=dp_merchant_link |
| 93 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AMFDJUQA9U7RF&asin=B07HQLZ2GX&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 94 | https://www.amazon.com/sp?ie=UTF8&seller=A2L0459ITXUY7T&asin=B0CCJGWF2F&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 95 | https://www.amazon.com/sp?ie=UTF8&seller=A1WLYO4KTRPJLB&asin=B0CN91PRWC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 96 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2P2CUW9R6Q3P6&asin=B0CMJ9SNBL&ref_=dp_merchant_link |
| 97 | https://www.amazon.com/sp?ie=UTF8&seller=A4U8BX3AJV6JM&asin=B0CPL2CTSH&ref_=dp_merchant_link |
| 98 | https://www.amazon.com/sp?ie=UTF8&seller=A27HHKBFY93ATB&asin=B0CJV7DYBH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 99 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A35B54AFM996Q0&asin=B08FXR5Z4M&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 100 | https://www.amazon.com/sp?ie=UTF8&seller=AFPAQLENVQRD0&asin=B0C6252 |

# Schedule A

|     |     |
| --- | --- |
|     | 1Y5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 101 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3N7K30YMMJ306&asin=B0CL8VH2BH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 102 | https://www.amazon.com/sp?ie=UTF8&seller=A2QTIS07J9L1OA&asin=B0CGDNKC8J&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 103 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AMU8BL0WWE930&asin=B0CN4LB58Q&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 104 | https://www.amazon.com/sp?ie=UTF8&seller=A3FU3QYUUP6IL3&asin=B0CM3BHT2Z&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 105 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AISABRR5S34O7&asin=B0CL9K15MM&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 106 | https://www.amazon.com/sp?ie=UTF8&seller=AQJ0PG83BYHWK&asin=B0BMLQYP8H&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 107 | https://www.amazon.com/sp?ie=UTF8&seller=A24ZJUKT2K9225&asin=B0CMTKPH7M&ref_=dp_merchant_link |
| 108 | https://www.amazon.com/sp?ie=UTF8&seller=A3P939SP67VKNS&asin=B0CLLHBQM6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 109 | https://www.amazon.com/sp?ie=UTF8&seller=A2SU13NUH67FYO&asin=B0CKH6XV7J&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 110 | https://www.amazon.com/sp?ie=UTF8&seller=A3I6S0X5IOQFFN&asin=B0CMPXT4QH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 111 | https://www.amazon.co.uk/sp?ie=UTF8&seller=AQASMQ87J1WL2&asin=B0BTZY761T&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 112 | https://www.amazon.com/sp?ie=UTF8&seller=AN06U3P455LJ9&asin=B0BMM53YG2&ref_=dp_merchant_link |
| 113 | https://www.amazon.com/sp?ie=UTF8&seller=ARJJR45USIF3L&asin=B0CMSXRVTZ&ref_=dp_merchant_link |
| 114 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2JBMIE3HED0QK&asin=B08SWJ2JNL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 115 | https://www.amazon.com/sp?ie=UTF8&seller=A30FZUEZNK2MP5&asin=B0CMJGTJTC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 116 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3432PPIWGAJN&asin=B08SWKMW6J&ref_=dp_merchant_link |
| 117 | https://www.amazon.com/sp?ie=UTF8&seller=A2C83XKXUZQJMZ&asin=B0BLSDFDGR&ref_=dp_merchant_link |
| 118 | https://www.amazon.com/sp?ie=UTF8&seller=A23KL3AQ0MV1PL&asin=B0CMQMRLYS&ref_=dp_merchant_link |
| 119 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2F5HM2FWCPTA&asin=B0CLHCWGGP&ref_=dp_merchant_link&isAmazonFulfilled=1 |

# Schedule A

| | |
|---|---|
| 120 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AGUVAHBHPC6EO&asin=B0CKT85Z1H&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 121 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1CQEGZ43L0KER&asin=B07HQPVJ3N&ref_=dp_merchant_link |
| 122 | https://www.amazon.com/sp?ie=UTF8&seller=A2FSL5JWTSXGPB&asin=B0BRXVJNKF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 123 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28NJTKQB00DQH&asin=B0CN5GQXBQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 124 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1AZ445OCBZV4O&asin=B077YK1K9Z&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 125 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3GH42UG6UO9K1&asin=B0CNQVKN57&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 126 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A21LYF0E1W9GVG&asin=B0BW5JHS94&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 127 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3JLZE3G40Q0HY&asin=B0CKKN8W5L&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 128 | https://www.amazon.com/sp?ie=UTF8&seller=A1U932BQK37EQ6&asin=B0CBMC62F9&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 129 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A24MC26DGZJ8SO&asin=B0CKSBJNTG&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 130 | https://www.amazon.com/sp?ie=UTF8&seller=A1ZO9GY2H9OIS6&asin=B0BXM2P45H&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 131 | https://www.amazon.com/sp?ie=UTF8&seller=A32P7ZW53PGGUZ&asin=B0BVJC7KL6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 132 | https://www.amazon.com/sp?ie=UTF8&seller=A1GS6PRPQ8NEA5&asin=B0BBFN7JR3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 133 | https://www.amazon.com/sp?ie=UTF8&seller=A3MYP95D86RBP7&asin=B0CJC42W2X&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 134 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3A3I630CJHOYA&asin=B0CKR9PPYH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 135 | https://www.amazon.com/sp?ie=UTF8&seller=A2PI2B3B8QHA5M&asin=B0CMY2D8KM&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 136 | https://www.amazon.com/sp?ie=UTF8&seller=A21B2L5SKCQHDX&asin=B0CM3KCYPL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 137 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A20RDIJJ5MDFNI&asin=B0C |

# Schedule A

| | |
|---|---|
| | NJR76BC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 138 | https://www.amazon.com/sp?ie=UTF8&seller=A2SNIDR0LAYION&asin=B0C2JTL63Y&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 139 | https://www.amazon.com/sp?ie=UTF8&seller=A1A74WHJT1LAN5&asin=B0CK713463&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 140 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A29VC9OME0BUMV&asin=B084ZWHBP8&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 141 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AK5YIDOO19G32&asin=B07Y91TPR5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 142 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2ICSQ1U39KTXV&asin=B0BKVYP82V&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 143 | https://www.amazon.co.uk/sp?ie=UTF8&seller=A3OKEQZ9TLCFNB&asin=B09D2T2BVX&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 144 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AAL0VTD7IH0BF&asin=B0BN3DC4ZQ&ref_=dp_merchant_link |
| 145 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1ZQNC8KMRHJ7B&asin=B08SWMNC3D&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 146 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2HKYN5UVU9082&asin=B08SWL5JSR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 147 | https://www.amazon.com/sp?ie=UTF8&seller=A2CBUVI3RFI11T&asin=B0CKZ4XWL2&ref_=dp_merchant_link |
| 148 | https://www.amazon.com/sp?ie=UTF8&seller=A2WBMO4OL19VRP&asin=B0CMHW4J57&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 149 | https://www.amazon.com/sp?ie=UTF8&seller=A155C4IY6GLG1I&asin=B0CCDX5YSV&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 150 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1WIMR3YTK2I6V&asin=B0862DZX6C&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 151 | https://www.amazon.com/sp?ie=UTF8&seller=A3VQ5TEA1ULPRT&asin=B0CLK8M1XK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 152 | https://www.amazon.com/sp?ie=UTF8&seller=A1L1RSD72H5N2&asin=B0BXNZK3VD&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 153 | https://www.amazon.com/sp?ie=UTF8&seller=AYVC4L6NZ3X6N&asin=B0CKHSX9W8&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 154 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A27MCCTYN8XZET&asin=B0CLNL1MGP&ref_=dp_merchant_link |
| 155 | https://www.amazon.com/sp?ie=UTF8&seller=AFT75S4ZKKKH4&asin=B0CH74VDMT&ref_=dp_merchant_link&isAmazonFulfilled=1 |

# Schedule A

| | |
|---|---|
| 156 | https://www.amazon.com/sp?ie=UTF8&seller=A2797JQQCVXI6M&asin=B0CPD25Y6Z&ref_=dp_merchant_link |
| 157 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AQL4A2FIWCLP&asin=B0CNLF92TQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 158 | https://www.amazon.com/sp?ie=UTF8&seller=A93XENHQ4XKQJ&asin=B0C8CKLFVF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 159 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A19MHU3LU95PIM&asin=B0CLKLWLJ7&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 160 | https://www.amazon.com/sp?ie=UTF8&seller=A2EAUS18JK0AZM&asin=B0BL2BWHGT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 161 | https://www.amazon.com/sp?ie=UTF8&seller=A3AUV0BJVA1CR7&asin=B0CC5CT9RM&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 162 | https://www.amazon.com/sp?ie=UTF8&seller=A33YOZLJFVGEDM&asin=B0BPMT2KPG&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 163 | https://www.amazon.com/sp?ie=UTF8&seller=AVQCBZC2KH1CL&asin=B0CJJYBDQC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 164 | https://www.amazon.com/sp?ie=UTF8&seller=A2UX28T7ARATPX&asin=B0CJVR1XHH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 165 | https://www.amazon.com/sp?ie=UTF8&seller=ACZCNMNBK04PH&asin=B0CN441BS3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 166 | https://www.amazon.com/sp?ie=UTF8&seller=A3R36AHT5NIEQ9&asin=B0BM8YDNHB&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 167 | https://www.amazon.com/sp?ie=UTF8&seller=A10OVFSYTS7JKR&asin=B0CLNZ7HFD&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 168 | https://www.amazon.com/sp?ie=UTF8&seller=A28C5X3C44F69Y&asin=B0BJLFLQ43&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 169 | https://www.amazon.com/sp?ie=UTF8&seller=A3JLHS6699UDIT&asin=B0CMPPLDWD&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 170 | https://www.amazon.com/sp?ie=UTF8&seller=A25YA6DXG34YX0&asin=B0CC9BCWHD&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 171 | https://www.amazon.com/sp?ie=UTF8&seller=A1SEYQMKDSUMB&asin=B0BN15V4KR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 172 | https://www.amazon.com/sp?ie=UTF8&seller=AP9AXYTLID666&asin=B0BWM245C1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 173 | https://www.amazon.com/sp?ie=UTF8&seller=A1MLWMG6SGF76U&asin=B0CCJHXN6B&ref_=dp_merchant_link |
| 174 | https://www.amazon.com/sp?ie=UTF8&seller=A33T83L2QCK7R0&asin=B0CK5TPBSS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 175 | https://www.amazon.com/sp?ie=UTF8&seller=A2XKJ0DEQG8Q3N&asin=B0CNNGJFZP&ref_=dp_merchant_link&isAmazonFulfilled=1 |