# FILED

Case No. 24-cv-621

**MAR 18 2024** EW

ROBLOX CORPORATION,

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear President of the American Court,

I write to you with utmost respect and with the intention to clarify the situation regarding the complaint brought against my store by a law firm representing a certain company. It is with regret that I find myself in this position, as I firmly believe the accusations leveled against my business are unjust and unfounded.

First and foremost, I must emphasize that the law firm's assertion that my store engaged in the sale of products belonging to the Roblox company is entirely erroneous. Despite repeated attempts to communicate this fact via email correspondence, the law firm persisted in its demands for payment, disregarding my protestations of innocence.

I must underscore that my business has never sold any products associated with the Roblox brand, nor have we derived any income from such sales. While it is true that a product purportedly belonging to the Roblox company was listed on my store's platform, it was a result of an unintentional error. Upon discovering this listing, immediate action was taken to rectify the situation. The order in question was promptly cancelled, the product was removed from our inventory, and no transaction was completed. This is evidenced by the attached screenshot illustrating the cancellation of the order.

Furthermore, it has come to my attention that the law firm has inaccurately claimed that multiple units of the Roblox product were sold through my store. This assertion is patently false, and I would welcome the opportunity for your esteemed court to verify this fact by examining the order records maintained by eBay. **Please request order details for My Store's Roblox product from Ebay. As you will see in the upcoming information, the Roblox product has never been sold or generated any income.**

In light of the aforementioned circumstances, I respectfully request that my store be absolved of any wrongdoing and that the suspension on fund transfers be lifted. Additionally, I urge the court to inform eBay of the erroneous nature of the allegations made against my business.

I stand ready to provide any further information or clarification deemed necessary by the court, and I am fully prepared to participate in any proceedings remotely should the need arise.

Thank you for your attention to this matter.

Yours sincerely,

Fashionartrug Shop

Fashionartrug@gmail.com

A product is listed in my store belonging to the specified Roblox Company and this product was published on January 19, 2024 by Marion (AC) Jose Crofford and

Ordered from 70 W Madison St Ste 4000 Chicago, IL 60602-4698 United States. However, due to unauthorized product listing, the order was canceled by me, not sent, and the product was removed from the advertisement. Below is a screenshot of the order being cancelled.





**Delivery address:**

Judge Charles P. Kocoras

EASTERN DIVISION

Everett McKinley Dirksen United States Courthouse

219 South Dearborn Street

Chicago, IL

Tel.No. (312) 435-5670

Courtroom: 1801 | Chambers: 2560

## Case No. 24-cv-621

ISMET DUMAN
905510493051
ISMET DUMAN
YENIKOY SAH SEHER BLV
38050 KAYSERI
TURKEY

1 KG    1 OF 1

SHP#: 9A88 25FS HZV
SHP WT: 0.5 KG
DATE: 14 MAR 2024

SHIP TO:
JUDGE CHARLES P. KOCORAS
(312) 435-6872
JUDGE CHARLES P. KOCORAS
EASTERN DIVISION
THE NORTHERN DISTRICT OF ILLINOIS
UNITED STATES DISTRICT COURT FOR
CHICAGO IL 60604
UNITED STATES

IL 606 9-04

**UPS SAVER**    1P
TRACKING #: 1Z 9A8 825 04 3997 1839

BILLING: P/P
DESC: Cotton Based Digital Printed R    EDI



UPS EXPRESSSAVERPACK
1Z9A882504399718 39
AC WEIGTH :0.1
CM WEIGTH :0,5
14.03.2024 17:10:56

www.ups.com