Roblox Corporation

                                                           Plaintiff,

v.                                                                              Case No.:
                                                                                1:24−cv−00621

                                                                                Honorable
                                                                                Charles P.
                                                                                Kocoras

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto, et al.

                                                           Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 19, 2024:

    MINUTE entry before the Honorable Charles P. Kocoras: Letter [52] filed by Defendant Fashionartrug.Shop is disregarded because there is no appearance on file. If Fashionartrug.Shop is a sole proprietorship, it may file a pro se appearance. The form is available online at: https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_online/ProSeApp.pdf. If not, Fashionartrug.Shop must retain counsel. We also note that the letter requests that Fashionartrug.Shop "be absolved of any wrongdoing and that suspension on fund transfers be lifted." At this stage of the proceedings, all allegations are deemed true and construed in Plaintiff's favor, and therefore a mere denial of the allegations is not grounds for dismissal. If Fashionartrug.Shop wishes to be dismissed from the case, it must answer Plaintiff's complaint or file an appropriate motion to dismiss in accordance with the Federal Rules of Civil Procedure, supported by legal argument and authority, by 4/16/24. Although the Court liberally construes pro se filings, this liberal construction does not extend so far as developing and researching legal arguments for litigants proceeding without counsel. Anderson v. Hardman, 241 F.3d 544, 545 (7th Cir. 2001). The Court encourages Fashionartrug.Shop to retain legal counsel. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.